IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. WR-32,260-02






DOUGLAS WAYNE STOFF, Relator



v.



336TH DISTRICT COURT, Respondent








ON APPLICATION FOR A WRIT OF MANDAMUS


FROM GRAYSON COUNTY






 Per curiam.



O R D E R


 

 This is an original application for a writ of mandamus. Relator contends that he filed a
motion for DNA testing pursuant to Chapter 64 of the Texas Code of Criminal Procedure but that
the trial court has not ruled on it. Relator states that he sought mandamus relief from the appellate
court but that his mandamus application was returned to him unfiled. Correspondence submitted by
Relator from the appellate court indicates that the appellate court misconstrued Relator's mandamus
application as a motion for DNA testing; the appellate court directed Relator back to the trial court
as the proper place to file such a motion.

 It is this Court's opinion that additional information is required before a decision can be
reached on the motion for leave to file the instant action. The Respondent, 336th District Court of
Grayson County, is ordered to file with this Court within thirty days a response indicating whether
Relator filed a motion for DNA testing and whether the trial court has ruled on the motion. This
application for writ of mandamus is held in abeyance pending compliance with this order.


DELIVERED: April 5, 2006

DO NOT PUBLISH




APPLICANT DOUGLAS WAYNE STOFF APPLICATION NO. 32,260-02


 


APPLICATION FOR WRIT OF MANDAMUS



ACTION TAKEN


MOTION FOR LEAVE TO FILE HELD IN ABEYANCE AND RESPONDENT ORDERED
TO FILE AN ANSWER WITHIN 30 DAYS.




______________________________________________________________

JUDGE DATE